IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01771–EWN–MEH

RONALD W. STRUWE,

      Plaintiff,

v.

RTD,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Stipulated Motion for Dismissal with Prejudice" filed May 15, 2006.  The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 16th day of May, 2006.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge